**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

| | |
|---|---|
| JESUS NEHEMIAS MONTANO GUILLEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ARMOUR HOME IMPROVEMENT, INC., *et al.*,<br><br>*Defendants.* | Civil Action No.: 1:19-cv-02317-DLB |

**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS AND TO REDUCE ORDER AWARDING FEES TO JUDGMENT**

Plaintiff, as the prevailing party in this matter, moves for an award of reasonable attorneys' fees and costs and judgment in the amount of the award, to be entered jointly and severally, against Defendants Robert Stouffer, Armour Home Improvement Inc., and Armour Construction LLC.

Plaintiff seeks $227,627.58, plus supplemental fees, and costs of $31,584.69. Because Plaintiff cannot include all the attorneys' fees incurred in the case until after he files his reply in support of this Motion, he also seeks leave to supplement this Motion to include and ask for the attorneys' fees incurred in drafting the reply brief. In support of this Motion, Plaintiff relies upon the supporting memorandum attached hereto.

**WHEREFORE**, Plaintiff respectfully requests that this Court: (1) award Plaintiff his reasonable attorneys' fees and costs associated with this litigation in the amounts sought herein, including any amounts sought in connection with the reply, and (2) enter judgment in the amount of the award, jointly and severally, in Plaintiff's favor and against Armour Home Improvement Inc. ("AHI"), Armour Construction LLC ("AC"), and Robert Stouffer ("R. Stouffer").

A proposed order is attached.

Respectfully Submitted,

/s/Omar Vincent Melehy
Omar Vincent Melehy
Maryland Bar No. 05712
MELEHY & ASSOCIATES, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Telephone: (301) 587-6364
Facsimile: (301) 587-6308
Email: ovmelehy@melehylaw.com

/s/Suvita Melehy
Suvita Melehy
Maryland Bar No. 13068
MELEHY & ASSOCIATES, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Telephone: (301) 587-6364
Facsimile: (301) 587-6308
Email: smelehy@melehylaw.com

/s/Andrew Balashov
Andrew Balashov
Maryland Bar No. 19715
MELEHY & ASSOCIATES, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Telephone: (301) 587-6364
Facsimile: (301) 587-6308
Email: abalashov@melehylaw.com

*Attorneys for Plaintiff*