IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| JESUS NEHEMIAS MONTANO GUILLEN, *Plaintiff*, v. ARMOUR HOME IMPROVEMENT, INC., et al. *Defendants*. | Civil Action No.: 1:19-cv-02317-DLB |

**ORDER OF JUDGMENT**

UPON DUE CONSIDERATION of Plaintiff's Motion to Reduce Award of Attorneys' Fees and Costs to a Judgment, it is, this 16th day of September, 2024, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Plaintiff's Motion to Reduce Award of Attorneys' Fees and Costs to a Judgment be and is hereby GRANTED;

a. Judgement is hereby entered, jointly and severally, against Defendants Armour Home Improvement Inc., Armour Construction LLC, and Robert Stouffer, and in favor of Plaintiff, in the amount of $31,039.44, representing the Court's award of attorneys' fees and costs in this matter; and it is

**FURTHER ORDERED**, that said judgment shall accrue interest at the legal rate from the date of this order.

_____
Deborah L. Boardman
United States District Judge